UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:22-cr-430-SCB-MRM

18 U.S.C. § 1951

JASMINE WEBER

## INFORMATION

The United States Attorney's Office charges:

## COUNT ONE

Beginning on an unknown date, but no later than in or about January 2021, and continuing through on or about March 2021, in the Middle District of Florida, and elsewhere, the defendant,

JASMINE WEBER

did conspire, confederate, and agree with others, both known and unknown to knowingly, in any way or degree, obstruct, delay, and affect commerce, as that term is defined in 18 U.S.C. § 1951(b)(3), and the movement of any article and commodity in commerce, by robbery, as that term is defined in 18 U.S.C. § 1951(b)(1), that is, by knowingly and unlawfully taking and obtaining personal property from the person and in the presence of another, against his or her will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to his or her person and property.

In violation of 18 U.S.C. § 1951(a) and (b).

## FORFEITURE

1. The allegations contained in Count One of this information is incorporated by reference for the purpose of alleging forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of the violation of 18 U.S.C. § 1951, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation and, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms or ammunition involved or used in the offenses.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

ROGER HANDBERG
United States Attorney

By: ______________________
For Diego F. Novaes
Assistant United States Attorney

By: ______________________
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section