# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## HONORABLE SUSAN C. BUCKLEW

| | |
|---|---|
| CASE NO. 8:22-cr-430-SCB-UAM | DATE:  December 8, 2023 |
| TITLE:     USA v. **Jasmine Weber** | |
| TIME:        10:02AM – 10:42AM | TOTAL: 40 minutes |

| | |
|---|---|
| Courtroom Deputy: Bettye Samuel | Interpreter: N/A |
| Court Reporter: Susan Cayler | Probation: Deanna Lorenz |
| Counsel for Government:     Diego Fontes Novaes | |
| Counsel for Defendant:     Daniel Mario Hernandez | |

## CRIMINAL MINUTES

Court in session and counsel identified for the record.

Defendant sworn and adjudicated guilty as to Count One of the Information.

Counsel addressed the Court.

Defendant's objections to the Final Presentence Investigation Report:
1. Paragraphs 36 through 39 (Special Offense Characteristics-USSG §2B3.1(b)(2)(A), USSG §2B3.1(b)(3)(A), USSG §2B3.1(b)(4)(B), USSG §2B3.1(b)(6)) – OVERRULED for the reasons stated on the record.
2. Paragraph 41 (Adjustment for Role in the Offense USSG §3B1.2(a) – OVERRULED for the reasons stated on the record.

Defendant addressed the Court.

Defendant's *Oral Motion for Downward Variance* is GRANTED for the reasons stated on the record.

Imprisonment:  60 months.

Supervised Release: 3  years.

Fine is waived.

Special Assessment: $100.00. This obligation is to be paid immediately.

The Court makes the following recommendations to the Bureau of Prisons:
1. Defendant be incarcerated at the closest correctional facility with the appropriate security level to FPC Alderson as her first choice and FCC Coleman as her second choice.

Special conditions of supervised release:

- Defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive.  Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, Defendant is directed to submit to random drug testing.

- Defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

- Defendant shall refrain from any unlawful use of controlled substances. Defendant shall submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer.  Defendant shall submit to random drug testing not to exceed 104 tests per year.

- Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

Defendant is remanded to the custody of the US Marshal.

Defendant advised of right to appeal and of right to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 27 |
| Criminal History Category | II |
| Imprisonment Range | 78 - 97 months |
| Supervised Release Range | 1-3 years |
| Restitution | N/A |
| Fine Range | $25,000 - $250,000 |
| Special Assessment | $100.00 |

Court adjourned.